```
                           United States Bankruptcy Court
                           Eastern District of New York

In re:                                                          Case No. 17-42185-ess
Anthony Iarrobino,, Jr.                                         Chapter 7
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0207-1          User: jlecky              Page 1 of 2           Date Rcvd: Apr 22, 2019
                              Form ID: pdfall           Total Noticed: 46


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 24, 2019.
db             Anthony Iarrobino,, Jr.,    99 Northern Blvd,    Staten Island, NY 10301-4123
aty           +Rosen Kantrow & Dillon PLLC,    38 New Streeet,    Huntington, NY 11743-3463
acc           +Andrew W Plotzker,    Andrew W Plotzker, CPA LLC,    59 East 54th Street,    Suite 61,
               New York, NY 10022-9215
cr            +Carrington Mortgage Services, LLC as servicer for,    Shapiro, DiCaro & Barak, LLC,
               One Huntington Quadrangle,    Suite 3N05,    Melville, NY 11747-4468
cr            +Customers Bank,    Saldutti Law Group,    800 N Kings Highway,    Suite 300,
               Cherry Hill, NJ 08034-1511
9013787        American Express,    PO Box 1270,    Newark, NJ 07101-1270
9013788        Amos Weinberg,    726 Somerset Dr S,    Great Neck, NY 11020
9013791       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bk of Amer,    PO Box 982238,    El Paso, TX 79998-2238)
9013792        Cameron K Rokhsar, MD PC,    901 Stewart Ave Ste 240,    Garden City, NY 11530-4885
9019039       +Carrington Mortgage Services, LLC,    c/o Shapiro, DiCaro & Barak, LLC,
               One Huntington Quadrangle,    Suite 3N05,    Melville, NY 11747-4468
9013796        Customers Bank,    c/o Saldutti, LLC,    800 Kings Hwy N Ste 300,    Cherry Hill, NJ 08034-1511
9033394       +Customers Bank,    c/o Saldutti Law Group,    800 N Kings Highway,    Suite 300,
               Cherry Hill, NJ 08034-1511
9013799        Document Solutions,    151 Sumner Ave,    Kenilworth, NJ 07033-1316
9013800        Fruchter & Associates,    535 Boulevard,    Kenilworth, NJ 07033-1668
9013801        Greenberg Grant & Richards Inc,    5858 Westheimer Rd Ste 500,    Houston, TX 77057-5645
9156968       +Intek Auto Leasing, Inc.,    c/o DL Thompson Law, PC,    PO Box 679,    Allenwood, NH 08720-0679
9013802        Intek Auto leasing, Inc,    c/o Donna L Thompson, Esq.,    PO Box 679,
               Allenwood, NJ 08720-0679
9013804        Kia Motors Finance,    PO Box 660891,    Dallas, TX 75266-0891
9013803        Kia Motors Finance,    10550 Talbert Ave,    Fountain Valley, CA 92708-6031
9013805        Kia Motors Finance,    PO Box 20825,    Fountain Valley, CA 92728-0825
9013806        Law Office of Kathleen R. Wall,    2640 Highway 70 Ste 9A,    Manasquan, NJ 08736-2611
9013807        Mullooly Jeffery Rooney & Flynn,    6851 Jericho Tpke Ste 220,    Syosset, NY 11791-4449
9047924       +New York City Water Board,    Andrew Rettig,    Assistant Counsel,    59-17 Junction Boulevard,
               Elmhurst, NY 11373-5188
9013809        RMS - Grainer,    PO Box 5471,    Mount Laurel, NJ 08054-5471
9013810        Service Concrete Co.,    17-68 River Rd,    Fair Lawn, NJ 07410-1206
9013811        State of Delaware,    Division of Corporations,    PO Box 5509,    Binghamton, NY 13902-5509
9013820       ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Financial Services,    PO Box 9490,
               Cedar Rapids, IA 52409-9490)
9013812        Taylor Oil Company,    PO Box 974,    Somerville, NJ 08876-0974
9013814       +Tesser & Cohen,    946 Main St,    Hackensack, NJ 07601-5100
9013816        The Leviton Law Firm LTD,    3 Golf Ctr Ste 361,    Hoffman Estates, IL 60169-4910
9013817        The Phillips companies,    PO Box 160,    Sparta, NJ 07871-0160
9013818        The Silvi Group Companies,    355 Newbold Rd,    Fairless Hills, PA 19030-4313
9013819       +Thompson Materials Corp,    15 Leslie Ct,    Whippany, NJ 07981-1646
9164740        Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    PO Box 3001,
               Malvern PA 19355-0701
9187559       +United Rentals,    15 Ives Road,    Hewlett, NY 11557-2034
9013823        Wharton,    7724 Crescent Boulevard Rte # 130,    Pennsauken, NJ 08113

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
9013793       +E-mail/Text: bankruptcy@cavps.com Apr 22 2019 18:41:53      Capital One,
               c/o Calvary Portfolio Services,    500 Summit Lake Dr Ste 400,    Valhalla, NY 10595-2321
9013794        E-mail/Text: bankruptcy@cavps.com Apr 22 2019 18:41:53      Cavalry Portfolio Serv,
               PO Box 27288,    Tempe, AZ 85285-7288
9147036       +E-mail/Text: bankruptcy@cavps.com Apr 22 2019 18:41:53      Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
9013795        E-mail/PDF: creditonebknotifications@resurgent.com Apr 22 2019 18:47:52       Credit One Bank,
               PO Box 60500,    City of Industry, CA 91716-0500
9013797        E-mail/Text: mrdiscen@discover.com Apr 22 2019 18:41:14      Discover Fin Svcs LLC,
               PO Box 15316,    Wilmington, DE 19850-5316
9013798        E-mail/Text: mrdiscen@discover.com Apr 22 2019 18:41:14      Discover Financial,    PO Box 3025,
               New Albany, OH 43054-3025
9189588        E-mail/PDF: resurgentbknotifications@resurgent.com Apr 22 2019 18:48:19
               LVNV Funding, LLC its successors and assigns as,    assignee of New Century Financial,
               Services Inc.,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
9013808        E-mail/Text: nys.dtf.bncnotice@tax.ny.gov Apr 22 2019 18:42:16
               New York State Dept of Taxation & Financ,    PO Box 5300,    Albany, NY 12205-0300
9013813        E-mail/Text: bankruptcy@td.com Apr 22 2019 18:41:49      TD Bank,    PO Box 9547,
               Portland, ME 04112-9547
9013815        E-mail/Text: BANKRUPTCYNOTICE@CSCINFO.COM Apr 22 2019 18:41:14       The Company Corporation,
               2711 Centerville Rd Ste 420,    Wilmington, DE 19808-1660
                                                                                              TOTAL: 10
```

```
District/off: 0207-1          User: jlecky              Page 2 of 2             Date Rcvd: Apr 22, 2019
                              Form ID: pdfall           Total Noticed: 46

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
9013821*     ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court:   Toyota Motor Credit,    PO Box 8026,   Cedar Rapids, IA  52408-8026)
9013822*     ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court:   Toyota Motor Credit Co,    90 Crystal Run Rd,
                 Middletown, NY  10941-7101)
9164741*       Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
9013789      ##Bank of America,    NC4-105-03-14,    PO Box 26012,   Greensboro, NC  27420-6012
9013790      ##Becker Rodman And Associates,    1468 E Lebanon Rd,   Dover, DE  19901-5833
                                                                                             TOTALS: 0, * 3, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2019                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 15, 2019 at the address(es) listed below:
              Avrum J Rosen    on behalf of Plaintiff    David J Doyaga, Sr. as Chapter 7 Trustee for the Estate
               of Anthony Iarrobino, Jr., arosen@rkdlawfirm.com,
                fkantrow@rkdlawfirm.com;ddobbin@rkdlawfirm.com;emeade-bramble@rkdlawfirm.com;ajrlaw@aol.com
              Avrum J Rosen    on behalf of Trustee David J. Doyaga arosen@rkdlawfirm.com,
                fkantrow@rkdlawfirm.com;ddobbin@rkdlawfirm.com;emeade-bramble@rkdlawfirm.com;ajrlaw@aol.com
              David J Doyaga    on behalf of Trustee David J. Doyaga david.doyaga.sr@gmail.com,
                NY98@ecfcbis.com,carolina@doyagalawfirm.com
              David J. Doyaga    david.doyaga.sr@gmail.com,    NY98@ecfcbis.com,carolina@doyagalawfirm.com
              Kevin Zazzera    on behalf of Debtor Anthony  Iarrobino,, Jr. kzazz007@yahoo.com
              Office of the United States Trustee    USTPRegion02.BR.ECF@usdoj.gov
              Robert L Saldutti    on behalf of Creditor    Customers Bank rsaldutti@salduttcollect.com
              Shari S Barak    on behalf of Creditor    Carrington Mortgage Services, LLC as servicer for
               Deutsche Bank National Trust Company, as Trustee for Carrington Mortgage Loan Trust, Series
               2005-FRE1 Asset-Backed Pass-Through Certificates sbarak@logs.com,  NYBKCourt@logs.com
                                                                                             TOTAL: 8
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: IARROBINO,, ANTHONY, JR. § | Case No. 117-42185 |
| § | |
| n § | |
| Debtor(s) § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>DAVID J. DOYAGA SR.</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Office of the Court Clerk
United States Bankruptcy Court- EDNY
271 Cadman Plaza East
Brooklyn, NY 11201

Date Mailed:  __/ /_____    By:  _/s/DAVID J. DOYAGA SR._____
                                                                              Trustee

DAVID J. DOYAGA SR.
26 COURT STREET
SUITE 1601
BROOKLYN, NY  11242
(718) 488-7500
david.doyaga.sr@gmail.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

In re: IARROBINO,, ANTHONY, JR. § Case No. 117-42185
§
n §
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 25,000.00 |
| *and approved disbursements of* | $ | 99.82 |
| *leaving a balance on hand of* [1] | $ | 24,900.18 |
| **Balance on hand:** | **$** | **24,900.18** |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 -1 | New York City Water Board | 402.07 | 0.00 | 0.00 | 0.00 |
| 3 -1 | Intek Auto Leasing, Inc. | 63,569.28 | 0.00 | 0.00 | 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 24,900.18 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - DAVID J. DOYAGA SR. | 3,250.00 | 0.00 | 3,250.00 |
| Trustee, Expenses - DAVID J. DOYAGA SR. | 2.00 | 0.00 | 2.00 |
| Charges, U.S. Bankruptcy Court | 350.00 | 0.00 | 350.00 |
| Other Fees: Rosen, Kantrow & Dillon, PLLC | 9,250.00 | 0.00 | 9,250.00 |
| Other Expenses: Rosen, Kantrow & Dillon, PLLC | 71.48 | 0.00 | 71.48 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 12,923.48 |
| Remaining balance: | $ | 11,976.70 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

|  |  |  |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 11,976.70 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 11,976.70 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 55,548.20 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 21.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 -1 | Cavalry SPV I, LLC | 13,707.06 | 0.00 | 2,955.37 |
| 4 -1 | Toyota Motor Credit Corporation | 2,243.48 | 0.00 | 483.71 |
| 5 -1 | United Rentals | 38,897.04 | 0.00 | 8,386.56 |
| 6 -1 | LVNV Funding, LLC its successors and assigns as | 700.62 | 0.00 | 151.06 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 11,976.70 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 1,202,738.20 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 7 -1 | Customers Bank | 1,202,738.20 | 0.00 | 0.00 |
| | Total to be paid for tardy general unsecured claims: | | $ | 0.00 |
| | Remaining balance: | | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |
| | Total to be paid for subordinated claims: | | $ | 0.00 |
| | Remaining balance: | | $ | 0.00 |

Prepared By: /s/DAVID J. DOYAGA SR.
                              Trustee

DAVID J. DOYAGA SR.
26 COURT STREET
SUITE 1601
BROOKLYN, NY  11242
(718) 488-7500
david.doyaga.sr@gmail.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**